December 6, 1901.) Action by George Smedley against the Metropolitan Street Railway Company. T. P. Wickes, for appellant. C. F. Brown, for respondent. No opinion. Judgment and order affirmed, with costs.

SMITH, Respondent, v. BALDWIN, Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by Frank G. Smith against Truman H. Baldwin. No opinion. Judgment and order unanimously affirmed, with costs.

SMITH, Appellant, v. ROWLEY, Respondent. (Supreme Court, Appellate Division, Third Department. December 7, 1901.) Action by John A. Smith against Edwin C. Rowley. No opinion. Judgment unanimously affirmed, with costs.

SMITH, Respondent, v. SCOTT, Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by Andrew W. Smith against Sylvester M. Scott. No opinion. Judgment of the municipal court affirmed, with costs.

SOMMERS, Respondent, v. HERKIMER, M. & F. R. R., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 26, 1901.) Action by Joseph H. Sommers against the Herkimer, Mohawk & Frankfort Railroad. No opinion. Judgment and order affirmed, with costs.

SOUTHERTON, Respondent, v. HAHN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October, 1901.) Action by Mary E. Southerton, individually and as executrix, etc., of James Southerton, deceased, against Anthony Hahn and Gertrude Hahn, impleaded with others. No opinion. Judgment affirmed, with costs.

SPARHAWK, Respondent, v. GILLIN PRINTING CO., Appellant. (Supreme Court, Appellate Division, First Department. December 20, 1901.) Action by John Sparhawk, as trustee in bankruptcy of Charles M. Stoever, bankrupt, against the Gillin Printing Company. From an order directing service by defendant of a bill of particulars, defendant appeals. Modified. J. Cochrane, for appellant. W. Greenough, for respondent.

PER CURIAM. The order directing the defendant to serve a verified bill of particulars of its counterclaim herein should be modified, by striking out all the items therein specified, except paragraph 2, namely, "the date of each failure of the said bankrupt to deliver goods ordered by the defendant under the said alleged contract," and, as so modified, affirmed, without costs to either party.

STANDTKE, Appellant, v. SWITS CONDÉ CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October, 1901.) Action by Carl Standtke against the Swits Condé Company. No opinion. Judgment affirmed, with costs.

STAR DRILLING MACH. CO., Appellant, v. BUTLER, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 12, 1901.) Action by the Star Drilling Machine Company against David Butler. No opinion. Judgment and order affirmed, with costs.

STATEN ISLAND M. R. CO., Respondent, v. HINCHLIFFE, Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by the Staten Island Midland Railroad Company against James C. Hinchliffe. No opinion. Interlocutory judgment affirmed, with costs.

STATEN ISLAND M. R. CO., Respondent, v. HINCHLIFFE, Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1901.) Action by the Staten Island Midland Railroad Company against James C. Hinchliffe. No opinion. Motion for leave to appeal to the court of appeals granted.

STEELE, Appellant, v. DIETZ, Respondent. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by Edward H. Steele against Howard J. Dietz. No opinion. Order affirmed, on argument, with $10 costs and disbursements.

STEINBRECHER et al., Respondents, v. McARDLE, Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by Walter H. Steinbrecher and another against Patrick J. McArdle. J. H. Dugan, for appellant. S. W. Bower, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

STEINBRECHER et al., Respondents, v. McARDLE, Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by Walter H. Steinbrecher and another against Patrick J. McArdle. J. H. Dugan, for appellant. S. W. Bower, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

STELL, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 12, 1901.) Action by Mabel Stell, an infant, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

In re STILWELL. (Supreme Court, Appellate Division, Second Department. December 5, 1901.) In the matter of Stephen J. Stilwell, an attorney. No opinion. Matter referred to Hon. Frederic A. Ward to take proof and report the same, with his opinion.

STONE, Respondent, v. HALE et al., Appellants. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by Charles H. Stone against Lucy A. Hale and another. R. S. Ransom, for appellants. H. Mansfield, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.